1  Allison C. Eckstrom, California Bar No. 217255
   allison.eckstrom@bclplaw.com
2  Christopher J. Archibald, California Bar No. 253075
   christopher.archibald@bclplaw.com
3  Amelia Alvarez, California Bar No. 310044
   Amelia.alvarez@bclplaw.com
4  **BRYAN CAVE LEIGHTON PAISNER LLP**
   1920 Main Street, Suite 1000
5  Irvine, California  92614-7276
   Telephone:  (949) 223-7000
6  Facsimile:   (949) 223-7100

7  Attorneys for Defendant
   WALGREEN PHARMACY SERVICES MIDWEST, LLC
8

9               **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| JOSEPH PHAM, an individual | Case No. 8:22-cv-01135-FWS-ADS |
| Plaintiff, | Hon. Fred W. Slaughter |
| v. | Courtroom: 10D |
| WALGREEN PHARMACY SERVICES MIDWEST, LLC, a Illinois corporation; YVONE YANG, an individual; and DOES 1 through 10, inclusive | **JOINT NOTICE OF SETTLEMENT** |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiff Joseph Pham ("Plaintiff") and Defendant Walgreen Pharmacy Services Midwest, LLC ("Defendant") (together, the "Parties") have mediated this action and are currently negotiating a long-form settlement agreement. The Parties respectfully request the Court vacate all dates and deadlines to allow the Parties to work towards finalizing a long-form settlement agreement and obtain the necessary signatures for the agreement and present the Court with a voluntary dismissal of this action within forty-five (45) days.

Dated: March 1, 2024

Judy Sha
**THE SHA FIRM, APC**

Shannon Wolf
**THE LAW OFFICE OF SHANNON WOLF**

By: */s/Judy Sha*
　　　Judy Sha
Attorneys for Plaintiff
JOSEPH PHAM

Dated: March 1, 2024

Allison C. Eckstrom
Christopher J. Archibald
Amelia Alvarez
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/Amelia Alvarez*
　　　Amelia Alvarez
Attorneys for Defendant
WALGREEN PHARMACY SERVICES MIDWEST, LLC

Pursuant to Local Rule 5-4.3.4, I, Amelia Alvarez, attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.