|   |   |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH PHAM, an individual | Case No. 8:22-cv-01135-FWS-ADS |
|---|---|
| Plaintiff, | Hon. Fred W. Slaughter |
| v. | Courtroom: 10D |
| WALGREEN PHARMACY SERVICES MIDWEST, LLC, a Illinois corporation; YVONE YANG, an individual; and DOES 1 through 10, inclusive | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| Defendants. | |

# **ORDER**

Pursuant to the Joint Motion for Dismissal of Action with Prejudice of Plaintiff Joseph Pham ("Plaintiff") and Defendant Walgreen Pharmacy Services Midwest, LLC ("Defendant") under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the entire above-captioned action be dismissed with prejudice as follows:

1. Plaintiff's claims against Defendant are dismissed with prejudice.
2. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: May 9, 2024

_____
Hon. Fred W. Slaughter